# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5010**  **September Term, 2024**

**1:24-cv-02810-UNA**

**Filed On:** June 12, 2025

Brandon Price,

    Appellant

  v.

Federal Communication Commission, et al.,

    Appellees

**BEFORE:** Henderson, Wilkins, and Childs, Circuit Judges

## O R D E R

The court concludes, on its own motion, that oral argument will not assist the court in this case. Accordingly, the court will dispose of the appeal without oral argument on the basis of the record and the presentation in appellant's brief. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Selena R. Gancasz
Deputy Clerk